# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Natureview Vista Twinhome Association,

                Plaintiff,

                              Civ. No. 09-1893 (RHK/JJK)
                              **ORDER**

v.

The Phoenix Insurance Company,

                Defendant.

---

      To the extent the attached letter is a request to file a Motion for Reconsideration of the Court's Order denying Plaintiff's Motion to Compel an Appraisal under Local Rule 7.1(h), that request is **DENIED**.


Dated: January 26, 2011                                        s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                    United States District Judge