# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Natureview Vista Twinhome Association, | Civil No. 09-1893 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| The Phoenix Insurance Company, | |
| Defendant. | |

Based upon the parties' Stipulation (Doc. No. 59), **IT IS ORDERED** that all claims alleged by either party against the other in the above-entitled matter are **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  April 13, 2011

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge